John B. Bobzien, Appellee, v. Benjamin Michael Schwartz et al., Defendants.
Appeal of Metropolitan Trust Company, Intervening Petitioner, Appellant.

Gen. No. 41,069.

opinion filed July 2, 1940.  Fink & Daniels, for appellant; Meyer Fink and Harry Shapiro, of counsel; Litsinger, Healy, Reid & Bye, for appellee; Lawrence Spuller, of counsel.  Opinion by JUSTICE MATCHETT.  "Not to be published in full."